[26 NE3d 777, 2 NYS3d 838]

In the Matter of 155 WEST 21ST STREET, LLC, Appellant, et al., Petitioner, v ALISTAIR McMULLAN, Respondent, et al., Respondent.

Decided January 8, 2015

APPEARANCES OF COUNSEL

*Ballard Spahr Stillman & Friedman LLP*, New York City (*Nathaniel Z. Marmur* of counsel), for appellant.

*Law Office of Gregory Sheindlin, PLLC*, New York City (*Gregory Sheindlin* of counsel), for respondent.

OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order reversed, with costs, and respondent's cross motion for sanctions, costs, and attorneys' fees denied. Under these circumstances, the Appellate Division abused its discretion in imposing sanctions for frivolous conduct.

Concur: Chief Judge LIPPMAN and Judges READ, PIGOTT, RIVERA and ABDUS-SALAAM.